No. 744, Misc. BIRBECK *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 750, Misc. SHORTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *James F. Hewitt* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States. ■

No. 759, Misc. TIMMONS *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. ■

No. 760, Misc. HALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *W. W. Koontz* for petitioner. *Solicitor General Griswold* for the United States. ■

No. 765, Misc. RABON *v.* EYMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 772, Misc. CROSS *v.* BRUNING, COUNTY CLERK, ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 776, Misc. DUARTE *v.* FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 781, Misc. DVORSKY *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 805, Misc. RECH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Fred W. Vondy* for petitioner. *Solicitor General Griswold* for the United States. ■